# United States District Court
## for the Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| JOAQUIN TERRERO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CHAPLAIN LAMB and CHAPLAIN FOX, in their Individual and Official Capacities, | : | |
| Defendants, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Intervenor Defendant. | : | NO. CV202-134 |

### O R D E R

Presently before the Court is the joint motion of Defendants, Chaplain Lamb and Chaplain Fox, to stay proceedings pending a ruling on their appeal to the Eleventh Circuit Court of Appeals of this Court's October 26, 2005, order on the issue of qualified immunity. (Doc. No. 93.) Having duly considered the motion, the Court concludes it should be and is hereby **GRANTED**.

AO 72A
(Rev. 8/82)

The instant action is hereby **STAYED** pending a ruling by the United States Court of Appeals for the Eleventh Circuit on the issue of whether Defendants are entitled to qualified immunity.

**SO ORDERED**, this _____6th_____ day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)